FILED
MAR 21 2025
DUVAL CLERK OF COURT

IN THE COUNTY COURT OF DUVAL COUNTY OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA

ARDRA KENNETH RIGBY, JR.

    Plaintiff,

Vs.

16-2025-SC-4951
O

Case No.: To be Determined

Judge: To be Determined

LVNV FUNDING LLC

    Defendant.

_____/

## VIOLATION OF CONSUMER COLLECTION PRACTICES ACT; CLAIM FOR DAMAGES AND INJUNCTIVE RELIEF

Representative for Plaintiff, Ardra Kenneth Rigby, Jr., sues Defendant, LVNV FUNDING LLC, and alleges the following:

1. This is an action for injunctive relief and for damages, as authorized by Section 559.77 of the Florida Statutes.
2. Plaintiff resides as 400 Century 21 Drive Apt: D98 Jacksonville, Florida 32216
3. Defendant is a corporation authorized and existing under the laws of the State of Florida pursuant to Section 559.55 Subsection (11) of and Section 607.1501 Subsection (h) of the Florida Statutes. Therefore, Defendant is required to adhere to the Governing laws of Florida, as well as the United States Code Title 15 Chapter 1692g.
4. All or part of the violations complained herein occurred in Duval County, Florida
5. On or about November 19, 2024, Plaintiff has begun to receive correspondence from the Defendant claiming that the plaintiff is to deliver to the Defendant payment in the sum of

1

SIXHUNDRED THIRTY DOLLARS AND 79/100 [$630.79]; please see EXHIBIT [#] to be later determined by Clerk of Court.

6. Plaintiff hereby asserts that the Defendant has never or will ever be a party in a Consumer Credit Transaction hereinafter 'contract' offered by the Defendant. In fact, Plaintiff is absolutely sure and asserts in good faith that he has no obligation to tender the Defendant payment in any form.

7. On or around November 11th, 2024, Plaintiff drafted and served the Defendant a legally binding "Verification of Debt Request Pursuant to 15 USC 1692g(b)" by letter via certified mail at its "General Disputes/Correspondence" address at P.O. Box 10497 Greenville, SC 29603-0497; please see attached EXHIBIT [#s] to be later determined. The purpose of this correspondence was for the Plaintiff to obtain the required 'Verification' of debt, thus validating the debt. Plaintiff has indeed, in good faith, informed the Defendant that the only legal way to verify an alleged debt is through Affidavit, Court Order, or other Sworn Statement drafted and notarized by a binding officer of the corporation seeking validation to collect a debt[1].

8. Plaintiff asserts being supported by substantial evidence that the Defendant has failed to comply with the Plaintiff's 'Verification of Debt Request Pursuant to 15 USC 1692g(b)' in sending Plaintiff another attempt to collect the alleged debt mentioned above. Therefore, Plaintiff claims that he is entitled to a Court Order/Judgment in favor of the Plaintiff for ONE THOUSAND DOLLARS AND 00/100 [$1,000.00]. This figure has been calculated in good faith by the Plaintiff using 15 USC 1692k and Section 559.77[2].

9. Defendant made no written or oral response pertaining to an Affidavit no Court Order which would validate the debt; please see attached Affidavit of Good Faith [drafted and executed by Plaintiff] in EXHIBIT [#] to be determined later.

10. Despite the fact that defendant knew that it had no legitimate claim under any contract or its original correspondence sent to Plaintiff, Defendant, from about November 11th, 2024 or earlier, to present date, has repeatedly made unlawful demand on Plaintiff for payment

---

[1] Blacks Law Dictionary Sixth Pocket Edition page 836: all senses of the word,
[1] *McDonald vs. Rosengarten* 134 111. 126, 25 N.E. 429,
[1] *Patterson vs. Brooklyn*, 6 App. Div. 127, 40 N.Y. Supp. 581.
[2] *Arianas V. LVNV FUNDING LLC*, 54 F. Supp.3d 1308

2

under an unlawful contract. As well as threatened to enforce its claim for payment in violation of Section 559.72(9) of the Florida Statutes and 15 USC 1692k.

11. Defendant has also harassed Plaintiff at Plaintiff's home by willfully communicating with Plaintiff frequently and regularly notwithstanding the fact that verification has not been tendered to Plaintiff, thus, validating the alleged debt. This is a violation of Section 559.72(7) of the Florida Statutes hereinafter 'Fla. Stat.' and 15 USC 1692g(b). Defendant may not continue to attempt to collect an unvalidated debt until verification is obtained by Consumer in writing. Thus, Punitive damages should be warranted[3].

12. On Information and Belief, Plaintiff alleges that Defendant has made numerous false and misleading statements to a credit bureau(s) orally or in writing, indicating and implying that Plaintiff is in dishonor and/or is not paying his just debts, without any disclosure to the recipient of statements that the debt was and is disputed by Plaintiff, in violation of Section 559.72(4) and (6) of the Fla. Stat.

13. The actions of the Defendant mentioned above were done and performed willingly, wantonly, and maliciously without regard to the equitable well-being of the Plaintiff. The acts of the Defendant were also in violation of the Truth in Lending Act, 15 USC 1601 et seq., Regulation Z, and 12 CFR 226.

14. Plaintiff has incurred, and will continue to incur additional expenses in the prosecution of this civil action, including Court costs, phone calls, travel expenses, and other expenses, i.e., certified mail with Return Receipt Requested. All to Plaintiff's further damage in the sum of FIVEHUNDRED DOLLARS AND 00/100 [$500.00].

**WHEREFORE**, Plaintiff requests judgment:

1. That Defendant discontinue or be enjoined forthwith from any and all further illegal, unverified, and unvalidated collection practices;
2. Punitive damages in the amount deemed fair by the Honorable Court which this action is brought[4];
3. Statutory and/or actual damages not exceeding ONE THOUSAND DOLLARS AND 00/100 [$1,000.00];

---

[3] *Arianas vs. LVNV FUNDING LLC,* 307 F.R.D. 615 (M.D. Fla. 2015)
[4] *Harris vs. Beneficial Financial Co. of Jacksonville,* 388 So. 2d 196 (Fla. 1976)

3

4. For costs of initiating this suit; and
5. For such other and further relief as the Honorable Court deems proper.

Claim Drafted and signed BY:

ARDRA KENNETH RIGBY, JR.

s/ *[signature]* 1-308

400 Century 21 Drive Apt: D98

Jacksonville, Florida 32216

(904) 654-9695

## CERTIFICATE OF SERVICE

Plaintiff *In Propria Persona*, asserts, In good faith, that this paper has been furnished to the Defendant at his registered agent's office found on the State of Florida's and Michigan's Secretary of States Website. Most current address being: 55 Beattie Place Suite 110 Greenville, South Carolina 29601; intended authorized recipients being; Bryan Foliero, Daniel J. Picciano, III., or Lewis Jackson Walker, III. Secondary address being: 3410 Belle Chase Way Suite 600 Lansing, Michigan 48911. Serve Process to (Bryan Foliero) *[signature]*
or
with representative

Signed BY:

ARDRA KENNETH RIGBY, JR.

s/ *[signature]* 1-308

400 Century 21 Drive Apt: D98

Jacksonville, Florida 32216

4

<u>CERTIFIED MAIL #: **9589 0710 5270 0331 1678 06**</u>

To: : Resurgent capital Services L.P. master servicer for LVNV Funding LLC

From: Ardra Kenneth Rigby, Jr. Hereinafter "alleged" debtor or borrower

Date: 11/20/2024

## NOTICE OF VERIFICATION OF DEBT DEMAND

ATTN: Resurgent capital Services L.P. master servicer for LVNV Funding LLC

To whom it may concern,

   May this document be construed as a verification of debt request pursuant to 15 USC 1692(g). You are not to send any correspondence regarding the "alleged" debt to 400 Century 21 Drive Apt: D98 Jacksonville, Florida 32216. Furthermore, allow this document to be seen as a Qualified Written Request. Pursuant to the Florida Statutes Chapter 655 Section 059 subsection (2)(a), I am entitled to receiving the bookkeeping records and accounting ledger of the "alleged" account No. ending in **6815.** As the Account Holder, I hereby give permission for Resurgent capital Services L.P. and/or any of its affiliates to release the bookkeeping account records required to be maintained pursuant 12 CFR 741.6(b); to the "alleged" borrower at 400 Century 21 Drive Apt: D98 Jacksonville, Florida 32216.

   Resurgent capital Services L.P be duly noticed that the "alleged" debt is hereby disputed. Any further attempts to collect the "alleged" debt without the debt being verified via Affidavit executed by a binding officer of Resurgent capital Services L.P. may result in a civil claim being filed against Resurgent capital Services L.P in the amount of ONE THOUSAND DOLLARS [$1,000] for each communication attempt and violation recorded by the "alleged" debtor. Upon the inability to verify the "alleged" debt within ten [10] legal business days upon receipt of this document, Resurgent capital Services L.P is hereby instructed to offset the Account Holder's entire obligation, thus

resulting in the obligation reporting as "paid in full" on the Account Holder's consumer report of the major Credit Bureaus such as Trans Union, LLC, Equifax, Inc., and Experian. Resurgent capital Services L.P. has a good faith and lawful duty to promptly respond and supply the sender with the bookkeeping records and Affidavit requested and demonstrate how it had and/or is a party of interest allowing it to claim that an "alleged" debt is owed to it. Thank you for your prompt attention to this matter.

Drafted and Signed By:

ARDRA KENNETH RIGBY, JR.

S/ *[signature]* 1-30-8

In C/O 400 Century 21 Drive Apt: D98

Jacksonville, 32216

Ardrarigbyjr@gmailcom

CERTIFIED MAIL NO.: **9589 0710 5270 0331 1678 20**

Return Receipt Requested

Date: 12/23/2024

TO: Resurgent Capital Services L.P. which manages LVNV Funding LLC P.O. Box 10497 Greenville, SC 29603

FROM: ARDRA KENNETH RIGBY, JR. hereinafter "alleged debtor", and/or "Claimant" C/O 400 Century 21 Drive Apt: D98 Jacksonville, FL 32216

NOTICE OF CLAIM Pursuant to 15 USC 1692k

To whom it may concern,

   Allow this correspondence to serve as a good faith notice pursuant to the Uniform Commercial Code hereinafter "UCC" Article 1 Section 202 and in accordance with UCC 1-304, I have a good faith obligation to deliver this document to you before imitating a claim against Resurgent Capital Services L.P. and LVNV Funding LLC. A Circuit Court civil claim will be filed in the amount of ONE THOUSAND DOLLARS [$1,000] for each violation which Resurgent Capital Services L.P. will be liable for due to its management of LVNV Funding LLC. Furthermore, LVNV Funding LLC will be added onto the Disclosure Statement as a party of interest into the pending civil claim to be filed in due course.

   May Resurgent Capital Services L.P. which manages LVNV Funding LLC be noticed that the above Claimant is open to privately settling the above breach of the Federal Fair Debt Collection Practices Act hereinafter "FDCPA". May the recipient also construe this document as a good faith Accounting on how the pending ONE THOUSAND DOLLARS [$1,000] Claim was calculated.

1

Pursuant to 15 USC 1692g, Resurgent has without a doubt received the Claimant's correspondence regarding his right to demand a verification of debt. Please use the USPS tracking service to track certified mail no. **9589 0710 5270 0331 1678 06**. Also, pursuant to 15 USC 6805, the Consumer Financial Protection Bureau hereinafter "CFPB" has the authority to enforce potential disputes such as these; please see Official Complaint No.: **241213 – 17443733** at: **www.consumerfinance.gov**. May we agree that the CFPB has been granted authority to enforce the FDCPA pursuant to 12 USC 5512? Therefore, all certifies copies of complaints, documents, and CFPB responses are admissible as evidence in accordance with Judicial Notice requests from the Claimant.

LVNV Funding LLC and/or Resurgent Capital Services are hereby duly noticed that they are liable in the amount of ONE THOUSAND DOLLARS [$1,000] due to the fact the Resurgent Capital Services has attempted to collect an "alleged" and "unverified" debt of $630.79 without an Affidavit or Court Order while a consumer dispute has been delivered to Resurgent Capital Services L.P. which is a clear violation of 15 USC 1692g(b). The above "alleged" debt of $630.79 has been disputed via delivery on December 2nd 2024. Please immediately tender a check in the amount of ONE THOUSAND DOLLARS 00/100 [$1,000] payable to the order of ARDRA KENNETH RIGBY, JR. At C/O 400 Century 21 Drive Apt: D98 Jacksonville, Florida 32216. Failure to do so within ten [10] business days upon receipt of this document will result in a civil claim in the amount of ONE THOUSAND DOLLARS which Resurgent Capital Services L.P. is liable for.

Drafted and Signed By: ARDRA KENNETH RIGBY, JR.

S/ *Ardra Kenneth Rigby, Jr.*

In C/O 400 Century 21 Drive Apt: D98

Jacksonville, Florida 32216

# CERTIFICATE OF MAILING:

## Certified Mail with RRR #: **9589 0710 5270 0331 1678 20**

State of Florida

County of Duval

I, Ardra Kenneth Rigby Jr. am over twenty-one (21) years of age and my business address is: in C/O 400 Century 21 Drive Apt: D98

Notary name:

Notary Address C/O:

On the 18th day of January 2025, I mailed one copy of each of the following:

- NOTICE OF CLAIM PURSUANT TO 15 USC 1692k ( 2 Page(s))

A total of 2 pages, including all attachments (not including this affidavit of mailing) by Unites States Postal Services Certified Mail #**9589 0710 5270 0331 1678 20**, Return Receipt Requested, in sealed envelope addressed to : Resurgent capital Services L.P. master servicer for LVNV Funding LLC as follows:

ATTN: : Resurgent capital Services L.P. master servicer for LVNV Funding LLC

Address: 55 Beattie Place Suite 110 MS 576 Greenville, SC 29601

I declare under penalties of perjury under the laws of the State of Florida that the above is true, correct, and complete, and that this Affidavit of service was executed on 17 January, 2025, Jacksonville, Florida

Affiant Printed: Ardra Kenneth Rigby Jr.

Ardra Kenneth Rigby - 1-306

Signature of Affiant

Notary Printed: Catherine Thomas

Date: 1/17/2025

Notary Signature: Cathrin Th

My Commission Expires: June 8, 2027

CATHERINE THOMAS
Notary Public - State of Florida
Commission # HH 408460
My Comm. Expires Jun. 8, 2027

PO Box 510090
Livonia MI 48151-6090





PL1JEG01C00052

ARDRA RIGBY
400 CENTURY 21 DR
APT D98
JACKSONVILLE, FL 32216-7749

Account Number: ************6815
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 799684201
Balance: $630.79
Account Holder Name: Ardra Rigby

December 04, 2024

Dear Ardra Rigby,

Resurgent Capital Services L.P. manages the above referenced account for LVNV Funding LLC and has initiated a review of the inquiry recently received either directly or from Halsted Financial Services, LLC, the current servicer of this account.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices, including the enclosed validation notice, as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.

*[Handwritten: CFPB Complaint # 241213-17443733]*

*[Handwritten: 15 USC 6805 CFPB and 12 USC §5512 Rule making authority]*

*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday

*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602

*Contact Numbers*
Toll Free Phone
1-866-464-1187
Toll Free Fax
1-866-467-0163

*Customer Portal*
Resurgent.com

PL1JEG01C00052000520102D0400          53836415-INITIAL-CS

Resurgent Capital Services
P.O. Box 10497
Greenville, SC 29603
www.Resurgent.com
(888)665-0374 from 8-9 Monday-Thursday
8-7 Friday and 9-5 Saturday-Sunday

Today's Date: December 4, 2024

To:   ARDRA RIGBY
      400 CENTURY 21 DR APT D98
      JACKSONVILLE, FL 32216

Reference: 799684201

**Resurgent Capital Services is a debt collector.** We are trying to collect a debt that you owe to LVNV Funding LLC. We will use any information you give us to help collect the debt.

## Our Information shows:

You had an account from
Credit One Bank, N.A.
with account number ending in 6815.

| | |
|---|---|
| As of June 19, 2024, you owed: | $630.79 |
| Between June 19, 2024 and today: | |
| You were charged this amount in interest: + | $0.00 |
| You were charged this amount in fees: + | $0.00 |
| You paid or were credited this amount toward the debt: - | $0.00 |
| **Total amount of the debt now:** | **$630.79** |

## How can you dispute the debt?

- **Call or write to us by January 11, 2025, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by January 11, 2025,** we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by January 11, 2025, we must stop collection until we send you that information. You may use the form below or write to us without the form.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.
- Contact us about your payment options.
- Póngase en contacto con nosotros para solicitar una copia de este formulario en español.

---

**Mail this form to:**

Resurgent Capital Services
P.O. Box 10497
Greenville, SC 29603




ARDRA RIGBY
400 CENTURY 21 DR APT D98
JACKSONVILLE, FL 32216

## How do you want to respond?

*Check all that apply:*
- ☐ **I want to dispute the debt because I think:**
  - ☐ This is not my debt.
  - ☐ The amount is wrong.
  - ☐ Other (please describe on reverse or attach additional information).
- ☐ **I want you to send me the name and address of the original creditor.**

☐ I enclosed this amount: $ _____

Make your check payable to *Resurgent Capital Services*. Include the reference number 799684201.

☐ **Quiero este formulario en español.**



PL1JEG01C00052000520202L0000

PO Box 510090
Livonia MI 48151-6090





Account Number: ************6815
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 799684201
Balance: $630.79
Account Holder Name: Ardra Rigby

PLE74W00T01116

ARDRA RIGBY
400 CENTURY 21 DR
APT D98
JACKSONVILLE, FL 32216-7749

February 13, 2025

Dear Ardra Rigby,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**
This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.



*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday



*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602



*Contact Number*
Toll Free Phone
1-866-464-1187



*Customer Portal*
Resurgent.com



PLE74W00T0111601116010300400

57055832-VERACS-CS

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $579.20 |
| Payments | − | $0.00 |
| Other Credits | − | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| Fees Charged | + | **$39.00** |
| Interest Charged | + | **$12.59** |
| New Balance | | $630.79 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 06/18/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call             1-702-405-2042

Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $630.79 |
| Past Due Amount | $210.00 |
| Amount Due This Period | $459.79 |
| **Minimum Payment Due** | **$630.79** |
| **Payment Due Date** | **07/14/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $631.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

### TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 06/18 | 06/18 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 06/18 | 06/18 | Interest Charge on Purchases | 12.59 |
| | 06/18 | 06/18 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **12.59** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $234.00 |
| Total interest charged in 2024 | $61.29 |

Your account is currently closed.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.24%(v) | $516.80 | $12.59 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385   JBH   001   7   18   240618   0   E X PAGE 1 of 1   2 0   5727   9620   A337   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.


P.O. BOX 98873
LAS VEGAS, NV 89193-8873

PAY YOUR BILL ONLINE at CreditOneBank.com

| Account Number: | 4447 9626 7815 6815 |
|---|---|
| New Balance: | $630.79 |
| Minimum Payment Due: | $630.79 |
| Payment Due Date: | 07/14/24 |

For address, telephone and email changes, please complete the reverse side.
Or, update your contact information online at www.CreditOneBank.com.

AMOUNT ENCLOSED: $ _____



CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ARDRA RIGBY
400 CENTURY 21 DR APT D98
JACKSONVILLE FL 32216-7749



0000000   0063079   0063079   4447962678156815   3

PLE74W00T0111601116020380000

## ACCOUNT SUMMARY REPORT
### 2/12/2025 4:36:23 PM

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.*

### Borrower Information

| | |
|---|---|
| Name: | ARDRA RIGBY |
| Address: | 400 Century 21 Dr Apt D98 |
| City: | Jacksonville |
| State: | FL |
| Zip Code: | 32216-7749 |

### Current Account Information

| | |
|---|---|
| Owner: | LVNV Funding LLC |
| Resurgent Reference #: | 799684201 |
| Original Creditor: | Credit One Bank, N.A. |
| Account Number: | XXXXXXXXXXXX6815 |
| Current Balance Due: | $630.79 |

### Historical Account Information

| | |
|---|---|
| The original creditor for this account was: | Credit One Bank, N.A. P.O. Box 98873 Las Vegas, NV 89193 |
| The origination date with original creditor was: | 11/07/2023 |
| The account charge-off date was: | 06/19/2024 |
| The account charge-off amount was: | $630.79 |
| The account was acquired on or about: | 07/18/2024 |
| The account balance at time of acquisition: | $630.79 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*



Page 1 of 1

PLE74W00T01116011160303G0000

PO Box 510090
Livonia MI 48151-6090




PLE74W00T01116

ARDRA RIGBY
400 CENTURY 21 DR
APT D98
JACKSONVILLE, FL 32216-7749

Account Number: ************6815
Original Creditor: Credit One Bank, N.A.
Current Owner: LVNV Funding LLC
Reference ID: 799684201
Balance: $630.79
Account Holder Name: Ardra Rigby

February 13, 2025

Dear Ardra Rigby,

We have received a recent inquiry regarding the above-referenced account and have enclosed the account summary which provides verification of debt.

For further assistance, please contact one of our Customer Service Representatives toll-free at 1-866-464-1187.

Sincerely,

Resurgent Capital Services L.P.

Enclosure

**Please read the following important notices as they may affect your rights.**

This is an attempt to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector.


*Hours of Operation*
8:00AM-9:00PM EST
Monday - Thursday
8:00AM-7:00PM EST
Friday
9:00AM-5:00PM EST
Saturday - Sunday


*General Disputes/Correspondence*
PO Box 10497
Greenville, SC 29603-0497
*Credit Bureau Disputes*
PO Box 1269
Greenville, SC 29602


*Contact Number*
Toll Free Phone
1-866-464-1187


*Customer Portal*
Resurgent.com



PLE74W00T011160111601030O0400

57055832-VERACS-CS

| SUMMARY OF ACCOUNT ACTIVITY | | |
|---|---|---|
| Previous Balance | | $579.20 |
| Payments | − | $0.00 |
| Other Credits | − | $0.00 |
| Purchases | + | $0.00 |
| Balance Transfers | + | $0.00 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$39.00** |
| **Interest Charged** | + | **$12.59** |
| New Balance | | $630.79 |
| Credit Limit | | $300.00 |
| Available Credit | | $0.00 |
| Statement Closing Date | | 06/18/24 |
| Days in Billing Cycle | | 31 |

**QUESTIONS?**
Call Customer Service or Report
a Lost or Stolen Credit Card     1-877-825-3242
Outside the U.S. Call             1-702-405-2042
Please send billing inquiries and correspondence to:
P.O. Box 98873, Las Vegas, NV 89193-8873

| PAYMENT INFORMATION | |
|---|---|
| New Balance | $630.79 |
| Past Due Amount | $210.00 |
| Amount Due This Period | $459.79 |
| **Minimum Payment Due** | **$630.79** |
| **Payment Due Date** | **07/14/24** |

**Late Payment Warning:**
If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $39.

**Minimum Payment Warning:**
If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance.

For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on the statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 1 month(s) | $631.00 |

If you would like a location for credit counseling services, call 1-866-515-5720. Or you may visit www.justice.gov/ust/list-credit-counseling-agencies-approved-pursuant-11-usc-111.

## TRANSACTIONS

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| | | | **Payments, Credits, and Adjustments** | |
| | | | **Fees** | |
| | 06/18 | 06/18 | LATE FEE | 39.00 |
| | | | **TOTAL FEES FOR THIS PERIOD** | **39.00** |
| | | | **Interest Charged** | |
| | 06/18 | 06/18 | Interest Charge on Purchases | 12.59 |
| | 06/18 | 06/18 | Interest Charge on Cash Advances | 0.00 |
| | | | **TOTAL INTEREST FOR THIS PERIOD** | **12.59** |

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $234.00 |
| Total interest charged in 2024 | $61.29 |

Your account is currently closed.

### INTEREST CHARGE CALCULATION

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| Type of Balance | Annual Percentage Rate (APR) | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|
| Purchases | 29.24%(v) | $516.80 | $12.59 |
| Cash Advances | 29.24%(v) | $0.00 | $0.00 |
| STANDARD BALANCE TRANSFER | 29.24%(v) | $0.00 | $0.00 |

(v) = Variable Rate

---

5385    JBH    001    7   18   240618   0      E X PAGE 1 of 1       2 0   5727   9620   A337   O1GQ5385

Please return this portion with your payment, and write your account number on your check, made payable to *CREDIT ONE BANK*.


P.O. BOX 98873
LAS VEGAS, NV 89193-8873

**PAY YOUR BILL ONLINE** at CreditOneBank.com
Account Number:     4447 9626 7815 6815
New Balance:        $630.79
Minimum Payment Due: $630.79
Payment Due Date:   07/14/24

For address, telephone and email changes,
please complete the reverse side.
Or, update your contact information online
at www.CreditOneBank.com.

**AMOUNT ENCLOSED:**  $

CREDIT ONE BANK
PO BOX 60500
CITY OF INDUSTRY CA 91716-0500

ARDRA RIGBY
400 CENTURY 21 DR APT D98
JACKSONVILLE FL 32216-7749

0000000  0063079  0063079  4447962678156815  3

PLE74W00T0111601116020380000

## ACCOUNT SUMMARY REPORT
2/12/2025 4:36:23 PM

*This account summary has been prepared by Resurgent Capital Services on behalf of LVNV Funding LLC. It is not a credit card or other account statement from the original creditor.*

### Borrower Information

| | |
|---|---|
| Name: | ARDRA RIGBY |
| Address: | 400 Century 21 Dr Apt D98 |
| City: | Jacksonville |
| State: | FL |
| Zip Code: | 32216-7749 |

### Current Account Information

| | |
|---|---|
| Owner: | LVNV Funding LLC |
| Resurgent Reference #: | 799684201 |
| Original Creditor: | Credit One Bank, N.A. |
| Account Number: | XXXXXXXXXXXX6815 |
| Current Balance Due: | $630.79 |

### Historical Account Information

| | |
|---|---|
| The original creditor for this account was: | Credit One Bank, N.A. P.O. Box 98873 Las Vegas, NV 89193 |
| The origination date with original creditor was: | 11/07/2023 |
| The account charge-off date was: | 06/19/2024 |
| The account charge-off amount was: | $630.79 |
| The account was acquired on or about: | 07/18/2024 |
| The account balance at time of acquisition: | $630.79 |

*This communication is from a debt collector and this is an attempt to collect a debt. Any information obtained will be used for that purpose.*



Page 1 of 1

PLE74W00T01116011160303G0000